UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD PAUL SHOVER II, #50913, | |
| Petitioner, | CIVIL ACTION NO. 3:19-cv-01831 |
| v. | (SAPORITO, M.J.) |
| BRIAN S. CLARK, | |
| Respondent. | |

# ORDER

AND NOW, this 12th day of April, 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **DISMISSED as MOOT**;

2. The court declines to issue a certificate of appealability, as the petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right"; and

3. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge